### 19270. BUTTS *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the motion for a new trial was based upon the usual general grounds only. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 11, 1928.

*W. H. Key, Fleming Jordan,* for plaintiff in error.
*Joseph B. Duke, solicitor-general,* contra.